**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fernando DELGADO–ORNELAS,
Defendant–Appellant.**

**No. 11–10138.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2013.

Erica McCallum, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esquire, Tucson, AZ, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM ***

Fernando Delgado–Ornelas appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Delgado–Ornelas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Delgado–Ornelas has filed a pro se supplemental brief. No answering brief has been filed.

Delgado–Ornelas has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly grant the government's motion to dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

Delgado–Ornelas's motion for leave to file a request for an extension of time and request for extension of time are denied as moot, as Delgado–Ornelas's pro se brief

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

was received and filed within the time granted by the court.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.